In the Matter of Breswick & Company, Appellant, against Greater New York Industries, Inc., et al., Respondents.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 804.]

In the Matter of the Estate of Arthur G. Johnson, Deceased. Walter E. Ditmars, Appellant; Bronx County Trust Company, as Substituted Trustee under the Will of Arthur G. Johnson, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 805.]

Universal Carloading & Distributing Co., Inc., Respondent, v. Otto L. Hankison, as Receiver of Midwest Haulers, Inc., Appellant. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 811.]

Universal Carloading & Distributing Co., Inc., Respondent, v. Otto L. Hankison, as Receiver of Midwest Haulers, Inc., Appellant. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 811.]

Universal Carloading & Distributing Co., Inc., Respondent, v. Otto L. Hankison, as Receiver of Midwest Haulers, Inc., Appellant. (Action No. 3.) — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 811.]

American News Company, Inc., v. Avon Publishing Co., Inc., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. The time of the defendants to answer the complaint herein is extended for ten days from the date of the order. Present — Callahan, J. P., Breitel, Botein and Rabin, JJ. [See 283 App. Div. 1041.]

The People of the State of New York, Respondent, v. Jack Grant El, Appellant.— Motion denied and appeal dismissed. Appeal not taken within time fixed by section 521 of the Code of Criminal Procedure. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

(March 3, 1955.)

Alex Gutchen et al., v. Louis Dembitzer.— Motion, having become academic by virtue of the decision of this court (*ante*, p. 928) decided March 1, 1955, is dismissed. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.